August 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

OSAIGBOVA NEHIKHARE, Appellant

NO. 14-15-00270-CV                    V.

CREEKSIDE COMMUNITY ASSOCIATION, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 20, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Osaigbova Nehikhare.

We further order this decision certified below for observance.